USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
Paguada,                                                          :
                                                                  :
                        Plaintiff,        :     20-cv-6369 (AJN)
                                                                  :
           -v-                                                    :     ORDER
                                                                  :
American Crafts, L.C.,                                            :
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

     A conference in this matter is scheduled for **November 20, 2020 at 3:30 P.M**. In light of the COVID-19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case in person. Counsel are required to submit their proposed case management plan and joint letter seven days prior to the scheduled conference, as directed in the Court's Notice of Initial Pretrial Conference. **The parties must submit their joint letter and case management plan by November 13, 2020, and <u>advise the Court if they can do without a conference altogether</u>**. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone. The conference can be accessed by calling (888) 363-4749 and entering access code 9196964. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at
https://www.nysd.uscourts.gov/hon-alison-j-nathan.

     SO ORDERED.

Dated: November 12, 2020
      New York, New York

                                          ALISON J. NATHAN
                                        United States District Judge